# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SWYFFT, LLC,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>CLEAR BLUE INSURANCE COMPANY,<br><br>　　　　　Respondent. | Case No. 1:25-cv-00675 |

## STIPULATED DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY STIPULATED** by Petitioner Swyfft, LLC ("Swyfft") and Respondent Clear Blue Insurance Company ("Clear Blue") that this entire action shall be dismissed without prejudice, with each party to bear its own costs, expenses, and fees.

Dated: September 29, 2025

Respectfully submitted,

MAYER BROWN LLP

By: */s/ Michael J. Gill*
　　Michael J. Gill
　　Brett E. Legner
　　Mairead J. Mumford
　　71 South Wacker Drive
　　Chicago, Illinois 60606-4637
　　Telephone: (312) 782-0600
　　Facsimile: (312) 701-7711
　　mgill@mayerbrown.com
　　blegner@mayerbrown.com
　　mmumford@mayerbrown.com

　　*Attorneys for Petitioner Swyfft, LLC*

-2-

Dated: September 29, 2025            Respectfully submitted,

MOORE & VAN ALLEN PLLC

By: */s/ Kyle J. Jacob*
    Kyle J. Jacob
    Fielding E. Huseth (*pro hac vice*)
    Emily S. Carney (*pro hac vice*)
    100 North Tryon Street, Suite 4700
    Charlotte, NC 28202
    Telephone: (704) 331-1000
    Facsimile: (704) 331-1159
    kylejacob@mvalaw.com
    fieldinghuseth@mvalaw.com
    emilycarney@mvalaw.com

    *Attorneys for Respondent Clear Blue Insurance Company*